UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION, | Pertains To Civil Action No.: 3:14-cv-00335-AJB-MDD |
| VIRGINIA CAROL HECKHAUS INDIVIDUALLY, AND AS SURVIVING HEIR OF RICHARD HECKHAUS, DECEASED AND VIRGINIA CAROL HECKHAUS AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD HECKHAUS, DECEASE, <br><br> Plaintiff <br><br> v. <br><br> MERCK SHARP & DOHME CORP., <br><br> Defendants | MDL Case No. 13md2452 AJB (MDD) <br><br> ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL <br><br> (Doc. No. 4645) |

In consideration of the parties' joint stipulation, IT IS HEREBY ORDERED THAT;

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
2. Each party will bear its own attorneys' fees and costs.

///

///

///

3. Each party waives the right to any appeal.

IT IS SO ORDERED.

Dated: October 13, 2021

*[signature: Battaglia]*
Hon. Anthony J. Battaglia
United States District Judge